[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 21-12651

Non-Argument Calendar

_____

BEVERLY A. JENKINS,

                                                          Plaintiff-Appellant,

*versus*

THE GEOGROUP, INC.,
doing business as
WellPath Recovery Solutions, LLC,
also known as
Geocare, LLC.,

                                                          Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:21-cv-21630-JLK

_____

Before BRANCH, LUCK, and LAGOA, Circuit Judges.

PER CURIAM:

As best we can tell from her brief, Beverly Jenkins, *pro se*, appeals the district court's grant of The GEO Group, Inc.'s ("GEO Group") motion to dismiss her Fifth and Fourteenth Amendment claims for lack of jurisdiction. She also petitions this Court to reconsider our earlier ruling, in which we denied: (1) her motion seeking sanctions against GEO Group for failing to submit a Certificate of Interested Persons ("CIP"); (2) her initial request for a reversal and remand for reconsideration on the merits; and (3) her motion seeking leave to amend her certificate of compliance. Regardless, Jenkins's initial and amended complaints failed to allege that GEO Group was a government entity or that any of its actions could be attributed to the government, and she expressly disclaimed any theory of diversity jurisdiction. Consequently, she could not establish federal question jurisdiction under the Fifth and Fourteenth Amendments, which apply only to governments and government actors. Accordingly, we affirm the district court's grant of GEO Group's motion to dismiss for lack of subject matter jurisdiction and deny Jenkins's motion for reconsideration.

21-12651                Opinion of the Court                3

AFFIRMED.